**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1266**

---

SHERRY A. ROBINSON,

        Plaintiff - Appellant,

    v.

LLOYD J. AUSTIN, III, Secretary of Defense,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:21-cv-02112-PX)

---

Submitted:  October 22, 2024                    Decided:  October 24, 2024

---

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sherry A. Robinson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherry A. Robinson appeals the district court's order granting in part Defendant's motion to dismiss, as well as the court's subsequent order granting Defendant's motion for summary judgment on, Robinson's discrimination, harassment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Robinson v. Austin*, No. 8:21-cv-02112-PX (D. Md. May 9, 2022 & Feb. 22, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*